**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50125 |
| Plaintiff - Appellee, | D.C. No. 2:05-cr-01215-SVW |
| v. | |
| MICHAEL BUNTON, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted September 23, 2014**

Before:  W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Michael Bunton appeals from the district court's order denying his motion

for a sentence reduction under 18 U.S.C. § 3582(c)(2).  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Bunton's counsel has filed a brief stating that

there are no grounds for relief, along with a motion to withdraw as counsel of

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

record.  We have provided Bunton the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**